**Bessie CRABTREE, Petitioner,**

v.

**VIRGINIA CREWS COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 02–1557.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2002.

Decided Nov. 26, 2002.

Timothy F. Cogan, Cassidy, Myers, Cogan, Voegelin & Tennant, L.C., Wheeling, West Virginia, for Petitioner. John P. Scherer, File, Payne, Scherer & File, Beckley, West Virginia, for Respondents.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bessie Crabtree seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the ALJ's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Crabtree v. Virginia Crews Coal Co.*, No. 01–0664–BLA (BRB Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*